UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED
NOV 5 2014
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY: _____ DEP CLK

CASE NO: 5:14-MJ-2339-RJ

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) |
| | ) CRIMINAL INFORMATION |
| ROBLES, DANIEL A. | ) |
| | ) |

Defendant:

The United States Attorney charges:

## COUNT ONE

THAT, on or about June 15, 2014, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, ROBLES, DANIEL A., did unlawfully, knowingly, and intentionally possess marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 844(a).

THOMAS G. WALKER
UNITED STATES ATTORNEY

BY: _____
ROBERT W. TAYLOR
Special Assistant United
States Attorney
XVIII Airborne Corps & Ft Bragg
Fort Bragg, NC 28307-5000
(910) 396-1221/1222