FILED IN OPEN COURT
ON 1/7/15 JH.
Julie A. Richards, Clerk
US District Court
Eastern District of NC

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO: 5:2014-mj-02339

| | |
|---|---|
| UNITED STATES OF AMERICA | } |
| | } **DEFENDANT'S** |
| v | } **MOTION TO CONTINUE** |
| | } |
| Daniel A Robles | } (18 USC 3161(h)(8)) |

Pursuant to 18 USC 3161 (h)(8) and to Local Rule 4.11, the Defendant respectfully requests that the above-captioned case be continued from the present docket. In support of this motion, the Defendant sets forth the following:

1. I lost my paper work I didn't know the exact location went to the Court house and they gave me direction but I was late.

2. This is the 1st continuance filed by the Defendant in the present case. The Special Assistant United States Attorney (does not)/does object to this motion.

3. I understand that if this motion is granted, **I must next appear in court at 8:30 a.m. on** 4 Feb 15 court docket and that failure to appear may result in the issuance of an arrest warrant.

Submitted on: 2 JAN 15

x Daniel Robles
Defendant or Attorney for the Defendant

**INITIAL DOCKET:**

The court finds that the ends of justice served by the granting of such continuance outweigh the best interest of the public in a speedy trial for the following reason(s):

[ ] Failure to do so would likely result in a **miscarriage of justice**.
[ ] The **unusual nature or complexity of the case** makes it unreasonable to expect the Defendant to adequately prepare for pretrial proceedings or trial within the time limits set forth in 18 USC 3161.
[ ] Failure to do so would deny the Defendant reasonable **time to obtain counsel**;
[ ] Failure to do so would unreasonably deny the Defendant **continuity of counsel**;
[ ] Failure to do so would deny the Defendant the reasonable **time necessary for effective preparation**, taking into account the exercise of due diligence.

Accordingly, the continuance is ALLOWED. The intervening time from 7 JAN 15 to 3 FEB 15 is excluded from speedy trial computation under 18 USC 3161.

1/7/15
Date

Kimberly A. Swank
UNITED STATES MAGISTRATE JUDGE

Case 5:14-mj-02339-KS    Document 3    Filed 01/07/15    Page 1 of 1