UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-mj-02339-RJ-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | SUBSTITUTION OF COUNSEL |
| | ) | |
| Daniel A. Robles | ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, gives notice to this Honorable Court of the undersigned Special Assistant United States Attorney as counsel for the Government in the above-referenced action.

Furthermore, by filing this Notice of appearance, the undersigned certifies that copies of said Notice have been served upon:

    ATTORNEY FOR DEFENDANT

Respectfully submitted, this 29th day of June, 2015.

    THOMAS G. WALKER
    United States Attorney

    /s/ Andrew G. Burnett
    ANDREW G. BURNETT
    Special Assistant U.S. Attorney
    OSJA, XVIII Airborne Corps
    2175 Reilly Road, Stop A
    Fort Bragg, NC 28310-5000
    andrew.g.burnett.mil@mail.mil
    Telephone: 910-396-1222
    Fax: 910-396-8153
    California Bar No. 286156