UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO: 5:14-MJ-2339

UNITED STATES OF AMERICA

Vs.                                    DEFENDANT'S UNOPPOSED
                                       MOTION TO CONTINUE

DANIEL ROBLES,
                    Defendant

Defendant, Daniel Robles, by and through undersigned counsel and pursuant to 18 U.S.C. Section 3161(h)(8), and Local Criminal Rule 47.1(h), respectfully requests that the above-captioned case be continued from the present docket. In support of this motion, Defendant presents the following:

1. Undersigned counsel requests additional time to allow Defendant to retain counsel;

2. This is the 1st continuance motion filed by undersigned counsel;

3. Special Assistant United States Attorney Rachel O. Arment, JA who represents the Government in this matter, has been consulted about this and does not oppose this motion;

4. The ends of justice served by granting this continuance outweigh the best interests of the public and the Defendant in a speedy trial; and

5. If this Motion is granted, Defendant will next appear in court at 8:30 a.m. on June 6, 2018, and understands that failure to appear may result in the issuance of an arrest warrant.

Respectfully requested, this 29th day of March, 2018.

/s/REED N. NOBLE
REED N. NOBLE, Attorney for Defendant
5114 Yadkin Road, Suite 100
Fayetteville, NC 28303
(910) 864-2667 Office
(910) 864-9407 Fax
Reed.noble@yahoo.com Email
N.C. Bar #: 9977
Retained

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon:

    Rachel O. Arment, JA
    Special Assistant U.S. Attorney,
    OSJA, XVIII Airborne Corps
    Federal Litigation Division
    2175 Reilly Road, Stop A
    Fort Bragg, NC 28310-5000
    Telephone: 910-396-1222, FAX: 910-396-8153
    Email: rachel.o.arment.mil@mail.mil

by electronically filing the foregoing with the Clerk of Court on March 29, 2018, using the CM/ECF system which will send notification of such filing to the above.

This, the 29th day of March, 2018.

/s/ Reed N. Noble
Reed N. Noble, Attorney for Defendant
5114 Yadkin Road, Suite 100
Fayetteville, NC 28303
(910) 864-2667 Office
(910) 864-9407 Fax
Reed.noble@yahoo.com Email
N.C. Bar #: 9977