UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Daniel A. Robles                                    Docket No. 5:14-MJ-2339-1

## Petition for Action on Probation

COMES NOW Peter J. Yalango, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Daniel A. Robles, who, upon an earlier plea of guilty to 21 U.S.C. § 844, Simple Possession of Marijuana, was sentenced by the Honorable Kimberly A. Swank, U.S. Magistrate Judge, on November 28, 2018, to 12 months probation under the conditions adopted by the court.

A Violation Report was submitted to Your Honor on January 22, 2019, stating that the defendant submitted a urinalysis sample which tested positive for marijuana on January 3, 2019. It was respectfully recommended that supervision be continued and no further action be taken until the defendant returned to the Eastern District of North Carolina. Your Honor agreed with this recommendation on January 22, 2019.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant admitted to using marijuana on February 24, 2019. The defendant is scheduled to attend a substance abuse assessment at Integrated Behavioral Healthcare Services on March 6, 2019, and has been enrolled in the Surprise Urinalysis Program. The defendant reported experiencing mental health issues and requested mental health services. This officer respectfully recommends that a mental health treatment condition be added at this time.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Eddie J. Smith<br>Eddie J. Smith<br>Supervising U.S. Probation Officer | /s/ Peter J. Yalango<br>Peter J. Yalango<br>U.S. Probation Officer<br>150 Rowan Street Suite 110<br>Fayetteville, NC 28301<br>Phone: 910-354-2546<br>Executed On: February 26, 2019 |

**Daniel A. Robles**
**Docket No. 5:14-MJ-2339-1**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this 26th day of February , 2019, and ordered filed and made a part of the records in the above case.

*Kimberly A. Swank*
Kimberly A. Swank
U.S. Magistrate Judge