UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 5:14-MJ-2339-1

**United States Of America** ) JUDGMENT
)
vs. )
)
**Daniel A. Robles** )
)

On September 5, 2018, Daniel A. Robles appeared before the Honorable Kimberly A. Swank, U.S. Magistrate Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to 21 U.S.C. § 844, Simple Possession of Marijuana, was sentenced to 12 months of probation.

On July 10, 2019, Daniel A. Robles appeared before the Honorable Kimberly A. Swank, U.S. Magistrate Judge in the Eastern District of North Carolina, for a revocation hearing. The defendant's term of probation was revoked and the defendant was sentenced to a 1 day term of imprisonment to be followed by a 12 month term of supervised release. The defendant's term of supervised release commenced on July 11, 2019.

From evidence presented at the revocation hearing on December 18, 2019, the court finds as a fact that Daniel A. Robles, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Failure to participate as directed in a urinalysis program.
2. Failure to participate as directed by the probation officer in a treatment program for narcotic addiction, drug dependency, or alcohol dependency.
3. Failure to participate as directed by the probation officer in a mental health program.
4. Failure to pay a monetary obligation.
5. Using a controlled substance.
6. Criminal conduct.
7. Leaving the judicial district without the permission of the court or probation officer.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 30 days.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

Dated: December 19, 2019

_____
Robert T. Numbers, II
United States Magistrate Judge